UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| ANGELA ROMEO,<br><br>      Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>      Defendant. | **Case No. 3:20-cv-2396**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Angela Romeo and Defendant Capital One Bank (USA), N.A. ("Capital One") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next sixty (60) days. Plaintiff kindly requests the Court vacate any pending deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Date: October 13, 2020

PRICE LAW GROUP, APC

By: */s/ Daniel G. Ruggiero*
Daniel G. Ruggiero, Esq.
NJ Bar# 004742007
275 Grove Street, Suite 2-400
Newton, MA 02466
T: (339) 237-0343
F: (339) 707-2808

E: druggieroesq@gmail.com
*Attorneys for Plaintiff*
*Angela Romeo*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.


/s/ Diego Sanchez