# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# TRENTON DIVISION

| | |
|---|---|
| ANGELA ROMEO,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendant. | Case No. 3:20-cv-2396<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that on this day, Plaintiff Angela Romeo, by and through her attorneys Price Law Group, APC, and Defendant Capital One Bank (USA), N.A., by and through its attorneys Stradley Ronon Stevens & Young, LLP, hereby stipulate and agree that the above-entitled matter be dismissed with prejudice. It is further stipulated that the parties shall each bear their own attorney's fees and costs.

Respectfully submitted this 30th day of October 2020.

| | |
|---|---|
| PRICE LAW GROUP, APC | BALLARD SPAHR LLP |
| By: */s/ Daniel G. Ruggiero*<br>Daniel G. Ruggiero, Esq.<br>NJ Bar# 004742007<br>275 Grove Street, Suite 2-400<br>Newton, MA 02466<br>T: (339) 237-0343<br>F: (339) 707-2808<br>E: druggieroesq@gmail.com<br>*Attorneys for Plaintiff*<br>*Angela Romeo* | By: */s/ Adam H. Settle*<br>Adam H. Settle, Esq. (NJ Bar No. 209742016)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: (215) 864-8861<br>Facsimile: (215) 864-8999<br>settlea@ballardspahr.com<br>*Counsel for Capital One Bank (USA), N.A.* |

So Ordered this 30th day of October, 2020.

_____
**Honorable Michael A. Shipp, U.S.D.J.**